Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARRIE PERDUE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TARGET CORPORATION, a foreign for-profit corporation,<br><br>　　　　　　Defendant. | No. 2:21-cv-00966-TL<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT WITH PREJUDICE<br><br>*{CLERK'S ACTION REQUIRED}* |

## I.　STIPULATION

The undersigned parties having resolved this matter, it is stipulated by the parties that all claims be dismissed with prejudice and without costs or attorney's fees to any party and that the attached Order may be entered.

//

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST
DEFENDANT WITH PREJUDICE – PAGE 1
CAUSE NO. 2:21-CV-00966-TL

3249270 / 1523.0118

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

1 DATED this 13th day of June, 2022.          DATED this 9nd day of June, 2022.

2 ALLEN N. SHABINO, P.S.                      FORSBERG & UMLAUF, P.S.

3

4 _____ /s/ for         _____
  Allen N. Shabino, WSBA #14815               Roy A. Umlauf, WSBA #15437
5 *Attorney for Plaintiff*                    *Attorney for Defendant*

6 per 6/13/2022 email
  authority                     II.   **ORDER**

7  THIS MATTER having come on before the above-entitled court on the stipulation of the

8 undersigned parties, now, therefore, it is hereby ORDERED, ADJUDGED AND DECREED that

9 all claims of the parties be dismissed with prejudice and without costs or attorney's fees to any

10 party.

11     DATED this _____ day of _____, 2022.

12

13                                    _____
                                      Honorable Tana Lin
14

15 *Presented by:*                           *Approved for Entry: Notice of Presentation Waived*

16 FORSBERG & UMLAUF, P.S.                   ALLEN N. SHABINO, P.S.

17

18 _____               _____ /s/ for
19 Roy A. Umlauf, WSBA #15437                Allen N. Shabino, WSBA #14815
   *Attorney for Defendant*                  *Attorney for Plaintiff*

20                                           per 6/13/2022 email
21                                           authority

22

23

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT WITH PREJUDICE – PAGE 2
CAUSE NO. 2:21-CV-00966-TL

3249270 / 1523.0118

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

DATED this ___ day of _____, 2022.        DATED this ___ day of _____, 2022.

ALLEN N. SHABINO, P.S.                          FORSBERG & UMLAUF, P.S.

_____                     _____
Allen N. Shabino, WSBA #14815                   Roy A. Umlauf, WSBA #15437
*Attorney for Plaintiff*                        *Attorney for Defendant*

## II.    ORDER

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore, it is hereby ORDERED, ADJUDGED AND DECREED that all claims of the parties be dismissed with prejudice and without costs or attorney's fees to any party.

DATED this <u>17th</u> day of <u>June</u> 2022.

_____
Tana Lin
United States District Judge

*Presented by:*                                 *Approved for Entry: Notice of Presentation Waived*

FORSBERG & UMLAUF, P.S.                         ALLEN N. SHABINO, P.S.

_____                     _____
Roy A. Umlauf, WSBA #15437                      Allen N. Shabino, WSBA #14815
*Attorney for Defendant*                        *Attorney for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT WITH PREJUDICE – PAGE 2
CAUSE NO. 2:21-CV-00966-TL

3249270 / 1523.0118

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX